HONORABLE JUDGE THOMAS O. RICE

Heather C. Yakely, #28848
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
hyakely@ecl-law.com
Attorney for Defendant Wilkins

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDRES BUSSO VIDALES, individually as biologic father of CAMERON AYERS (deceased), | Case No.   2:18-cv00056-TOR |
| Plaintiffs, | NOTICE OF UNAVAILABILITY OF COUNSEL |
| vs. | |
| KAITE WILKINS, individually and in her official capacity as East Wenatchee Police Officer; CASSANDRA SPERLE, individually and in her official capacity as Department of Corrections Officer; CITY OF EAST WENATCHEE; RANDY HARRISON, individually and in his official capacity as East Wenatchee Police Chief, JOHN and JANE DOE OFFICERS 1-5, of the East Wenatchee Police Department; | |

NOTICE OF UNAVAILABILITY OF COUNSEL
- page 1

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1  STATE OF WASHINGTON,
   DEPARTMENT OF
2  CORRECTIONS; RICHARD
3  MORGAN, individually, and in his
   official capacity as Secretary of The
4  Washington State Department of
5  Corrections; JOHN and JANE DOE
6  OFFICERS 1-5, of the Department of
7  Corrections,

8
                              Defendants.

9      PLEASE TAKE NOTICE that the undersigned counsel will be unavailable

10

11 on the following dates:

12     **July 6, 2018 to August 3, 2018.**

13
14     Counsel respectfully requests that no hearings be scheduled and that no

15 motions, discovery requests, or other documents that require a response be

16

17 served on the undersigned during the above time periods.

18     DATED this ___ day of March, 2018.

19

20                          EVANS, CRAVEN & LACKIE, P.S.

21
22                          By     s/ Heather C. Yakely
                            Heather C. Yakely, #28848
23                          Attorney for Defendant Kaiti Wilkins
                            Evans, Craven & Lackie, P.S.
24                          818 W. Riverside Ave., Ste. 250
25                          Spokane, WA 99201
26                          (509) 455-5200
                            hyakely@ecl-law.com
27

28

29

30 NOTICE OF UNAVAILABILITY OF COUNSEL
   - page 2

## CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of March, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System, which will send notification of such filing to the following:


Philip Safar:  phil@safarlaw.com

Stephen L. Bulzomi: sbulzomi@epic-law.com


EVANS, CRAVEN & LACKIE, P.S.

By ___s/ Heather C. Yakely_____
Heather C. Yakely, #28848
Attorneys for Defendants
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
(509) 455-3632 facsimile
hyakely@ecl-law.com

NOTICE OF UNAVAILABILITY OF COUNSEL
- page 3