1   Derek Taylor
    Assistant Attorney General
2   1116 West Riverside Avenue, Suite 100
    Spokane, WA 99201-1106
3   (509) 456-3123

4

5
                                        **THE HONORABLE THOMAS O. RICE**
6
                                **UNITED STATES DISTRICT COURT**
7                               **EASTERN DISTRICT OF WASHINGTON**

8

9   ANDRES BUSSO VIDALES,                NO.  2-18-cv-00056-TOR
    individually as biologic father of
    CAMERON AYERS (deceased),            STIPULATION AND ORDER
10                                       OF DISMISSAL

                            Plaintiffs,
11
            v.
12
    KAITI WILKINS, individually, and in
13  her official capacity as East Wenatchee
    Police Officer; CASSANDRA SPERLE,
14  individually, and in her official capacity
    as Washington State Department of
15  Corrections Officer; CITY OF EAST
    WENATCHEE; RANDY HARRISON,
16  individually, and in his official capacity
    as East Wenatchee Police Chief, JOHN
17  and JANE DOE OFFICERS 1-5, of the
    East Wenatchee Police Department;
18  STATE OF WASHINGTON,
    DEPARTMENT OF CORRECTIONS;
19  RICHARD MORGAN, individually,
    and in his official capacity as Secretary
20  of The Washington State Department of
    Corrections; JOHN and JANE DOE
21  OFFICERS 105, of the Department of
    Corrections,
22                          Defendants.

STIPULATION AND ORDER OF          1
DISMISSAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, ANDRES BUSSO VIDALES, individually as biologic father of CAMERON AYERS (deceased), acting by and through PHILIP SAFAR and STEPHEN L. BULZOMI, and the Defendants, State of Washington, acting by and through Robert W. Ferguson, Attorney General, and DEREK TAYLOR, Assistant Attorney General, that the above-entitled action as to Defendants RICHARD MORGAN, CASSANDRA SPERLE and WASHINGTON STATE DEPARTMENT OF CORRECTIONS may be dismissed with prejudice and without costs, this matter having been fully settled and compromised between the Plaintiff and Defendants Richard Morgan, Cassandra Sperle and Washington State Department of Corrections.

DATED this 3rd day of December, 2018.

ROBERT W. FERGUSON
Attorney General


s/Derek Taylor
DEREK TAYLOR, WSBA No. 46944
Assistant Attorney General
Attorneys for Defendants Washington
State Department of Corrections,
Cassandra Sperle, and Richard Morgan

SAFAR LAW OFFICE

 s/Philip Safar
PHILIP SAFAR, WSBA #17469
Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL

2

1
2

EVERGREEN PERSONAL INJURY
COUNSEL

3

4

  s/Stephen L. Bulzomi
STEPHEN L. BULZOMI, WSBA #15187
Attorney for Plaintiff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

STIPULATION AND ORDER OF
DISMISSAL

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside
Spokane, WA  99201-1194
509-456-3123

**ORDER**

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED That Defendants Richard Morgan, Cassandra Sperle and Washington State Department of Corrections shall be dismissed from the above-entitled action with prejudice and without costs or interest to any party.

DONE IN OPEN COURT this 3rd day of December, 2018.

_____
JUDGE THOMAS O. RICE

Presented by:

ROBERT W. FERGUSON
Attorney General
ROBERT W. FERGUSON
Attorney General

_____s/Derek Taylor_____
DEREK TAYLOR, WSBA No. 46944
Assistant Attorney General
Attorneys for Defendants Washington
State Department of Corrections,
Cassandra Sperle, and Richard Morgan

Approved as to Form and
Notice of Presentation Waived:

SAFAR LAW OFFICE

_____s/Philip Safar_____
Philip Safar, WSBA #17469
Attorney for Plaintiff

EVERGREEN PERSONAL INJURY
COUNSEL

_____s/Stephen L. Bulzomi_____
STEPHEN L. BULZOMI, WSBA
#15187
Attorney for Plaintiff

STIPULATION AND ORDER OF
DISMISSAL

4

1
## CERTIFICATE OF SERVICE

2
 I certify that I electronically filed this document with the Clerk of the Court

3
using the CM/ECF system which will send notification of such filing to the

4
following:

5
Philip Safar        Stephen L. Bulzomi
Safar Law Office       Evergreen Personal Injury Counsel

6
phil@safarlaw.com      sbulzomi@epic-law.com

7
Michael E. Mcfarland     James E. Baker
Evans, Craven & Lackie, P.S.  Jerry Moberg & Associates, P.S.

8
MMcfarland@ecl-law.com   jbaker@jmlawps.com

9
 I declare under penalty of perjury under the laws of the United States of

10
America that the foregoing is true and correct.

11
 DATED this 3rd of December, 2018, at Spokane, Washington.

12
         ROBERT W. FERGUSON

13
         Attorney General

14
           s/Derek Taylor
         DEREK TAYLOR, WSBA No. 46944

15
         Assistant Attorney General
         Attorneys for Defendants

16
         1116 W. Riverside, Suite 100

17
         Spokane WA  99201
         509-456-3123 - Telephone

18
         509-458-3548 – Fax
         derekt@atg.wa.gov

19

20

21

22

STIPULATION AND ORDER OF
DISMISSAL     5