# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDRES BUSSO VIDALES, individually as biologic father of CAMERON AYERS (deceased),<br><br>               Plaintiff,<br><br>   v.<br><br>KAITI WILKINS, individual1y, and in her official capacity as East Wenatchee Police Officer; CITY OF EAST WENATCHEE; and RANDY HARRISON, individually, and in his official capacity as East Wenatchee Police Chief,<br><br>              Defendants. | NO: 2:18-CV-0056-TOR<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss. ECF No. 25. The motion was submitted for consideration without oral argument. Having reviewed the file and the records therein, the Court is fully informed.

The stipulating parties represent that the matter between these parties has been fully resolved and that said action against Defendants Kaiti Wilkins, City of

ORDER GRANTING STIPULATED MOTION TO DIMISS ~ 1

East Wenatchee, and Randy Harrison may be dismissed with prejudice and without cost to any party.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and the parties' stipulation, this matter is dismissed with prejudice and without costs to any party.

2. All pending deadlines and hearings are stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order, enter judgment accordingly, provide copies to the parties, and close the file.

DATED May 28, 2019.



THOMAS O. RICE
Chief United States District Judge