# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ANDRES BUSSO VIDALES,<br>*Plaintiff*<br>v.<br>KAITI WILKINS, CITY OF EAST WENATCHEE; and RANDY HARRIS,<br>*Defendant* | Civil Action No. 2:18-CV-0056-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and the parties' stipulation, this matter is dismissed with prejudice and without costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE pursuant to the parties' Stipulated Motion to Dismiss (ECF No. 25).

Date: May 28, 2019

*CLERK OF COURT*

SEAN F. McAVOY

Linda Hansen
*(By) Deputy Clerk*

Linda Hansen